Ismail Amin, Esq. (NV Bar No. 9343)
Lawrence Kulp, Esq. (NV Bar No. 7411)
Breane P. Stryker (Nv Bar No. 13594)
**THE AMIN LAW GROUP, NV., LTD.**
3960 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
Telephone: (702) 990-3583
Facsimile: (702) 990-3501

Bruce J. Zabarauskas
bruce.zabarauskas@tklaw.com
*Admitted Pro Hac Vice*
**THOMPSON & KNIGHT LLP**
707 Wilshire Boulevard, Suite 4100
Los Angeles, CA 90017
Telephone:  (310) 203-6902
Facsimile:   (310) 203-6980

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNIVERSAL PROCESSING SERVICES OF WISCONSIN, LLC d/b/a NEWTEK MERCHANT SOLUTIONS,<br><br>         Plaintiffs,<br><br>v.<br><br>SUNGAME CORP., FREEVI CORPORATION, 3D COMMANDER, INC., NEIL CHANDRAN, CHANDRAN HOLDING MEDIA, INC., THE LOFT BY ANGELES FURNITURE COLLECTION, LLC d/b/a THE LOFT, LLC, SCORSETTI DESIGN, LLC, and MARIA SCORSETTI a/k/a ANGELES SCORSETTI,<br><br>         Defendants. | Case No.  2:16-CV-000074-GAD-GWF<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR CHANDRAN PARTIES AND SCORSETTI PARTIES TO RESPOND TO THE COMPLAINT** |

It is hereby stipulated by and between the undersigned parties that defendants Sungame Corp., Freevi Corp., Neil Chandran and Chandran Holding Media, Inc. (collectively, the "Chandran Parties"), and The Loft By Angeles Furniture Collection, LLC d/b/a The Loft, LLC, Scorsetti Design, LLC  and Maria Scorsetti a/k/a Angeles Scorsetti (collectively the "Scorsetti

1

Parties") hereby acknowledge and agree that they either have been properly served with the summons and complaint in the above-captioned action or they will accept service of the summons and complaint by Federal Express through their undersigned counsel, and that they will not raise any defenses or objections to service of the summons and complaint upon them but reserve all other rights, claims and defenses of any kind related to the above-captioned action; and

It is further stipulated and agreed by and between the undersigned parties that the time for Chandran Parties and Scorsetti Parties to respond to the Complaint is extended to March 11, 2016.

Dated: February 10, 2016     THE AMIN LAW GROUP, NV., LTD.

By: /s/Ismail Amin
Ismail Amin
Attorneys for Plaintiffs

Dated: February 10, 2016     SANTORO WHITMIRE

By: /s/Jason D. Smith
Jason D. Smith
Attorneys for Scorsetti Parties

Dated: February 10, 2016     ROSENFELD & KAPLAN, LLP

By: /s/ Steven M. Kaplan
Steven M. Kaplan
(Admitted to practice in the State of New York, Pro Hac Application to Be Filed)
Attorneys for Chandran Parties

So ordered:
This 11th day of February, 2016

*/s/ George Foley Jr.*
GEORGE FOLEY, JR.
United States Magistrate Judge

2

521522 000003 16740506.1

**STIPULATION AND ORDER EXTENDING TIME FOR CHANDRAN PARTIES AND SCORSETTI PARTIES TO RESPOND TO THE COMPLAINT**