UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Universal Processing Services of Wisconsin, LLC
dba Newtek Merchant Solutions,

    Plaintiff

v.

Sungame Corp., et al.,

    Defendants

2:16-cv-00074-JAD-GWF

**Order Denying Motions to Dismiss as Moot in Light of Amended Complaint**

[#23, 24, 28, 42]

In response to the original complaint, defendants moved to dismiss the complaint or, alternatively, transfer venue.[1] Two weeks later, plaintiff filed an amended complaint,[2] and the parties have stipulated to extend the defendants' deadline to answer or otherwise respond to it.[3]

Rule 15(a)(1)(B) of the Federal Rules of Civil Procedure permits parties to amend their complaints once as a matter of course within 21 days of a motion to dismiss.[4] Plaintiff's amended complaint was timely filed as of right. Once filed, an amended pleading supersedes the original pleading in its entirety, mooting a motion to dismiss the original pleading.[5]

Accordingly, IT IS HEREBY ORDERED THAT the motions to dismiss or transfer venue based on the original complaint **[ECF No. 23, 24, 28] are DENIED** as moot and without prejudice;

I treat the pending stipulation to extend time to respond to the complaint [ECF No. 42] as a joint motion to extend the deadlines, and IT IS FURTHER ORDERED that the request to extend the

---

[1] ECF No. 23, 24, 28.

[2] ECF No. 37.

[3] ECF No. 42.

[4] Fed. R. Civ. P. 15(a)(1)(B).

[5] *See Forsyth v. Humana, Inc.*, 114 F.3d 1467, 1474 (9th Cir. 1997), *overruled on other grounds in Lacey v. Maricopa County*, 693 F.3d 896, 928 (9th Cir. 2012).

deadlines **[ECF No. 42] is GRANTED. Defendants will have until May 27, 2016, to answer or otherwise respond to the amended complaint [ECF No. 37]; if any defendant moves to dismiss the amended complaint, plaintiff's response will be due June 17, 2016, and reply briefs will be due July 1, 2016.**

IT IS FURTHER ORDERED that the **hearing on the original motions to dismiss scheduled for June 13, 2016, is VACATED.**

Dated this 16th day of May, 2016.

_____
Jennifer A. Dorsey
United States District Judge