# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Universal Processing Services of Wisconsin, LLC dba Newtek Merchant Solutions,<br><br>Plaintiff<br><br>v.<br><br>Sungame Corp., et al,<br><br>Defendants | Case No.: 2:16-cv-000074-JAD-GWF<br><br>**Order Denying Motion to Dismiss with Leave to Refile in Compliance with Local Rules**<br><br>[ECF No. 47, 48, 49] |

Effective May 1, 2016, Rule 7-2(a) of the Local Rules of Practice for the United States District Court for the District of Nevada makes it clear that, when a motion is filed, "[t]he motion and supporting memorandum of points and authorities must be combined into a single document that complies with the page limits in LR 7-3." And Local Rule IA 10-1(a)(1) requires lines of text in motions to be "numbered consecutively beginning with 1 on the left margin of each page with no more than 28 lines per page." Declarations in support of a motion should be attached to the motion as an exhibit, and the form of that exhibit must comply with Local Rule IA 10-3.

Sungame Corp., Freevi Corporation, Commander 3D, Inc., Neil Chandran, and Chandran Holding Media, Inc.'s Motion to Dismiss[1] was filed in three separate docket entries on May 27, 2016: a Notice of Motion to Dismiss the Complaint (ECF No. 47); a declaration in support of the motion (ECF No. 48); and a memorandum of law in support of the motion (ECF No. 49). These filings violate this court's local rules for motions because no notice of motion is required; only a single motion that *contains* the memorandum of points and authorities should have been filed; and the declaration should have been filed as an exhibit attached to the motion itself, not as a separate document. The motion should also have numbered lines (like this order does along the left margin).

---

[1] ECF No. 47–49.

To streamline the docket and ensure compliance with the rules of this court, **IT IS HEREBY ORDERED that Sungame Corp., Freevi Corporation, Commander 3D, Inc., Neil Chandran, and Chandran Holding Media, Inc.'s Motion to Dismiss [ECF No. 47] is DENIED without prejudice** to its refiling in a format that complies with the local rules of this court by June 3, 2016. Counsel is advised to review the newly amended Local Rules of Practice, available on the court's website at http://www.nvd.uscourts.gov/.

DATED May 27, 2016

_____
Jennifer A. Dorsey
United States District Judge